UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY,<br>　　　　Petitioner,<br>　　v.<br>P. L. VASQUEZ,<br>　　　　Respondent. | Case No. 19-cv-01700-SI<br><br>**ORDER OF TRANSFER** |

Petitioner, who was convicted in Alameda County Superior Court and now is incarcerated at the California Correctional Institution in Techachapi, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 to challenge the way prison officials are calculating his time credits. The petition challenges the execution of his sentence. The prison at which petitioner is incarcerated is in Kern County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: April 29, 2019

_____
SUSAN ILLSTON
United States District Judge